UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN BALLENGER, Individually and as the Personal Representative of the Estate of ANDREW THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON LOGISTICS INC., a foreign corporation; HORIZON TRANSPORT LLC, a domestic company; WALMART TRANS INC., a foreign corporation; KNIGHT TRANSPORTATION INC., a foreign corporation; OLEG KOLESNYK, an individual; EFREN GUERRERO, an individual; KATELYN CROISETIERE, an individual; and GEOVANIE RAMIREZ, an individual.<br><br>    Defendants. | CASE NO. 2:25-CV-02441<br><br>**ORDER GRANTING AGREED MOTION TO REMAND** |

Before the Court is the Parties' Agreed Motion to Remand. Dkt. # 8.  The Court GRANTS the motion and REMANDS this case to King County Superior Court.

DATED this 11th day of December, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTION TO
REMAND – PAGE 1